IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JOHN NICHOLAS SANDERS,** | : |
| Plaintiff, | : |
| | : Case No. 5:22-cv-00295-CHW |
| v. | : |
| **BENJAMIN FORD**, *et al.*, | : |
| | : Proceedings Under 42 U.S.C. § 1983 |
| Defendants. | : Before the U.S. Magistrate Judge |

## ORDER

*Pro se* Plaintiff John Nicholas Sanders seeks the appointment of counsel to represent him concerning this case filed under 42 U.S.C. § 1982. (Doc. 13). No right to counsel exists in a civil case. *Wahl v McIver*, 773 F.2d 1169, 1174 (11th Cir. 1986). Rather, the appointment of counsel is a privilege justified only by exceptional circumstances. *Id.* In deciding whether legal counsel should be appointed, the Court considers, among other factors, the merits of Plaintiff's claims and the complexity of the issues presented. *Holt v. Ford*, 862 F.2d 850, 853 (11th Cir. 1989).[1]

In accordance with *Holt*, and upon a review of the record in this case, the Court notes that Plaintiff has set forth the essential factual allegations underlying his claims and

---

[1] The federal *in forma pauperis* statute authorizes courts to "request an attorney to represent any person unable to afford counsel," 28 U.S.C. § 1915(e)(1). The statute does not, however, provide any funding to pay attorneys for their representation or authorize courts to compel attorneys to represent an indigent party in a civil case. *See Mallard v. U.S. Dist. Ct. for Southern Dist. Of Iowa*, 490 U.S. 296 (1989).

the applicable legal doctrines are readily apparent. As such, Plaintiff's request for appointment of counsel (Doc. 13) is **DENIED**. Should it later become apparent that legal assistance is required to avoid prejudice to Plaintiff's rights, then the Court, **on its own motion**, will consider assisting Plaintiff in securing legal counsel at that time.

**SO ORDERED**, this 27th day of October, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge
