IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JOHN NICHOLAS SANDERS,          *

        Plaintiff,                *

v.                                      Case No. 5:22-cv-295-MTT

                                     *

BENJAMIN FORD, et al.,

                                     *

        Defendants.

                                     *

## J U D G M E N T

Pursuant to this Court's Order dated September 13, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 13th day of September, 2023.

                                                        David W. Bunt, Clerk

                                                        s/ Shabana Tariq, Deputy Clerk